UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
BARRY VALLEN,

                    Plaintiff,
                                              ORDER
          -against-                           16-CV-2632(JS)(ARL)

CAROL HALL,

                    Defendant.
----------------------------------X
APPEARANCES
For Plaintiff:      Barry Vallen, pro se
                    0142991
                    Pilgrim Psychiatric Center Hospital
                    998 Crooked Hill Road, Ward 401
                    W. Brentwood, NY 11717

For Defendant:      No appearance.

SEYBERT, District Judge:

          On May 19, 2016, pro se plaintiff Barry Vallen

("Plaintiff") filed a Complaint pursuant to 42 U.S.C. § 1983

("Section 1983") against Carol Hall ("Defendant"), accompanied by

an application to proceed in forma pauperis.

          Upon review of the declaration in support of the

application to proceed in forma pauperis, the Court finds that

Plaintiff's financial status qualifies him to commence this action

without prepayment of the filing fee.  See 28 U.S.C. §§ 1914(a);

1915(a)(1).  Therefore, Plaintiff's request to proceed in forma

pauperis is GRANTED.

          The Clerk of the Court is directed to forward copies of

the Summonses, Complaint, and this Order to the United States

Marshal Service for service upon the Defendant without prepayment

of fees, and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure by mailing a copy of this Order to the pro se Plaintiff at his last known address.  See FED. R. CIV. P. 5(b)(2)(C).


                              SO ORDERED.


                              /s/ JOANNA SEYBERT
                              Joanna Seybert, U.S.D.J.

Dated: November   15  , 2016
       Central Islip, New York